**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 12-16-2005

DIGITAL RECORDING: 3:34 - 3:57 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql

CASE NO.: 2:05mj149-B
DEFT. NAME: Jonathan Yul ELLIS

USA: Todd Brown
ATTY: Jennifer Hart

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO
( ) Stand In ONLY

w/Appt.

USPTSO/USPO: _____

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES NAME: _____

☐ kars.  Date of Arrest 12-15-05 or ☐ karsr40
☒ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☒ kcnsl.  Deft. First Appearance with Counsel
☐   Deft. First Appearance without Counsel
☐   Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
☐ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
☒ koappted  **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐   Deft. Advises he will retain counsel. Has retained _____
☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
☐ kdmhrg.  **Detention Hearing** ☐ held; ☐ set for _____
☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.  Release order entered. Deft. advised of conditions of release
☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
☒ kloc.(LC)  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐   Bond **NOT** executed. Deft to remain in Marshal's custody
☐   Preliminary Hearing ☐ Set for _____
☐ ko.  Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.  Waiver of ☐ preliminary hearing; ☒ kwvr40hrg. (Waiver of R.40 Hearing)
☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ karr.  ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
☐   ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
    DISCOVERY DISCLOSURES DATE: _____
☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.  Identity/Removal Hearing set for _____
☐ kwvspt  Waiver of Speedy Trial Act Rights Executed