AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| --- | --- |
| V. | DISTRICT |
| JONATHAN YUL ELLIS | |

RECEIVED 2006 JAN 17 P 2: 23 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

RECEIVED 2005 DEC 20 A 9: 05 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
| --- | --- | --- | --- |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:05mj149-B | A-04-274M |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  X Complaint  ☐ Other (specify)

charging a violation of 18 U.S.C. § 2113(a)(d)

**DISTRICT OF OFFENSE**
Western/Texas

**DESCRIPTION OF CHARGES:**

Aggravated Robbery/1st Degree Felony

ATTEST: A True Copy.
Certified to _12-19_, 20 _05_.
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**  X No   ☐ Yes   Language:

DISTRICT OF ALABAMA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 16, 2005
Date

_[signature]_
Judge

RETURNED AND FILED
JAN 18 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| --- | --- | --- |
| 1-13-06 | Austin, TX | 1-13-06 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| --- | --- | --- |
| 1-13-06 | Lafayette Collins | Hector Dony, SDUSM |

SCANNED